# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| WILTON INDUSTRIES INC. 24485 Network Place Chicago IL 60673-1244 | Christmas Tree Shops LLC | 2/17/2023 | $50,000.00 | Vendors |
| WILTON INDUSTRIES INC. 24485 Network Place Chicago IL 60673-1244 | Christmas Tree Shops LLC | 2/24/2023 | $50,000.00 | Vendors |
| WILTON INDUSTRIES INC. 24485 Network Place Chicago IL 60673-1244 | Christmas Tree Shops LLC | 3/3/2023 | $50,000.00 | Vendors |
| WILTON INDUSTRIES INC. 24485 Network Place Chicago IL 60673-1244 | Christmas Tree Shops LLC | 3/10/2023 | $52,178.99 | Vendors |
| | | | **$202,178.99** | |