**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>WILTON INDUSTRIES, INC,<br><br>Defendant. | Adv. Proc. No. 25-50884 (TMH) |

**NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

**PLEASE TAKE NOTICE** that George L. Miller, chapter 7 trustee (the "Trustee" and "Plaintiff") for the estates of the above-captioned debtors (the "Debtors"), hereby dismisses the above-referenced adversary proceeding with prejudice against defendant Wilton Industries, Inc ("Defendant") pursuant to the *Order Granting Second Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Preference Adversary Settlement Agreements* [Adv. Docket No. 9]. The parties shall bear their own attorneys' fees and costs.

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4896-4987-5357.1 57097.001

2

Dated:  March 31, 2026     PACHULSKI STANG ZIEHL & JONES LLP

            */s/ Peter J. Keane*
            Bradford J. Sandler (DE Bar No. 4142)
            Peter J. Keane (DE Bar No. 5503)
            Edward A. Corma (DE Bar No. 6718)
            919 North Market Street, 17th Floor
            P.O. Box 8705
            Wilmington, DE 19899-8705 (Courier 19801)
            Telephone: (302) 652-4100
            Facsimile:  (302) 652-4400
            Email:   bsandler@pszjlaw.com
                pkeane@pszjlaw.com
                ecorma@pszjlaw.com

            *Counsel to Plaintiff George L. Miller, Chapter 7*
            *Trustee of Christmas Tree Shops, LLC, et al.*

2

4896-4987-5357.1 57097.001